NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**ARLINGTON INDUSTRIES, INC.,**
*Plaintiff-Appellee,*

v.

**BRIDGEPORT FITTINGS, INC.,**
*Defendant-Appellant.*

---

2011-1552

---

Appeal from the United States District Court for the Middle District of Pennsylvania in case no. 06-CV-1105, Judge Christopher C. Conner.

---

## ON MOTION

---

Before SCHALL, *Circuit Judge.*

## ORDER

Bridgeport Fittings, Inc. moves without opposition to stay proceedings in this appeal pending the court's disposition in *Arlington Industries, Inc. v. Bridgeport Fittings, Inc.*, 2010-1377, -1400, -1408.

Bridgeport asserts that the two cases involve the same parties, patent, and disputed claim terms.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion to stay is granted.  Bridgeport is directed to inform the court within 30 days of the final disposition of appeal no. 2010-1377 how it believes this appeal should proceed.  Arlington may also respond within that time.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear case no. 2010-1377.

FOR THE COURT

<u>OCT 2 8 2011</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc:  Kathryn L. Clune, Esq.
    Deanne E. Maynard, Esq.

s24

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 2 8 2011**

**JAN HORBALY**
**CLERK**